# RETURN

Case No.: 25-04664MB

☒ FILED  ☐ LODGED
Mar 03 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/28/25 | 3/3/25 | |

**INVENTORY MADE IN THE PRESENCE OF**
J. McFeely / W. Akins

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SP:1 = 45 grams steroids
SP:2 = 80 grams steroids
SP:3 = 55 grams steroids
SP:4 = 55 grams steroids
SP:5 = 30 grams steroids
SP:6 = 60 grams steroids
SP:7 = 80 grams steroids

Total SP 1-7 = 405 grams

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 3/3/25

_____
Executing Officer's Signature

Alan Book  Postal Inspector
Printed Name and Title